# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 2:10-CR-0547-RLH-PAL |
| vs | ) | **O R D E R** |
| FRANKIE J. DUPUIS, | ) | (2d Motion for Reduction–#946) |
| Defendant. | ) | |

Before the Court is Frankie J. Dupuis' second **Motion for Reduction of Sentence** (#946, filed September 8, 2015). On October 17, 2014, Defendant Dupuis filed a Motion seeking the same relief. The Court appointed the Federal Public Defender as counsel, who after careful review found Ms. Dupuis ineligible for further reduction. This was also the opinion of the Department of Probation. On April 13, 2015, after careful review of the matter, this Court denied Dupuis' first Motion for Reduction of Sentence (#891) (see Order #916). Therefor the present motion is moot, having previously been decided.

IT IS THEREFORE ORDERED that Frankie J. Dupuis' second **Motion for Reduction of Sentence** (#946, filed September 8, 2015) is DENIED as moot.

Dated: September 11, 2015.

_____
Roger L. Hunt
United States District Judge